FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 FEB 16 PM 3: 51

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RADIO ENGINEERING INDUSTRIES, INC., a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUDIOVOX SPECIALIZED APPLICATIONS, LLC, a limited liability company,<br><br>Defendant. | No. CV: 8:06CV241<br><br>**STIPULATED INJUNCTION AND DISMISSAL** |

Plaintiff, Radio Engineering Industries, Inc., ("Radio Engineering") and Defendant, Audiovox Specialized Applications, LLC ("ASA"), having agreed to resolve the claims between them in this action on terms mutually agreeable and evidenced by an agreement including the entry of the following Stipulated Injunction and Dismissal, the parties, by and through their undersigned counsel, stipulate as follows:

1. This is an action alleging infringement of U.S. Patent No. 5,288,049 entitled Secured Monitor Mounting Bracket (the "'049 Patent") and arising under the patent laws of the United States, Title 35 of the United States Code and 28 U.S.C. §§ 1331 and 1338(a). This Court has jurisdiction over the subject matter under 28 U.S.C. §§ 1338(a).

2. ASA admits that this case is an action alleging patent infringement under the patent laws of the United States as set forth in 35 U.S.C. §§ 271 and 281 through 285, but disputes all claims alleged in the Complaint in connection with the '049 Patent including the validity, enforceability and infringement thereof.

4850-9978-8289.1

3.  Upon consent of the parties, this Court approving, it is hereby stipulated that ASA, its officers, agents, servants, employees, and those persons in active concert or participation with it, are hereby restrained and enjoined from engaging in the advertising, marketing, selling and/or offering for sale of the video monitor product, as illustrated in the product rendering attached as Exhibit A hereto and the photograph attached as Exhibit B hereto.

4.  Upon consent of the parties, this Court approving, it is further stipulated pursuant to Fed. R. Civ. P. 41 (a) (1) that all pending claims, counterclaims, and affirmative defenses in this action are hereby dismissed without prejudice; and that each party shall bear its own attorneys' fees and costs incurred in connection with this action.

DATED this 12th day of February 2007.

_____
Joseph F. Bataillon
U.S. District Court Judge

APPROVED AS TO FORM:

RADIO ENGINEERING INDUSTRIES,
INC., Plaintiff

By_____
John P. Passarelli
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000

- and -

James P. Waldron
Gross & Welch, P.C.
1500 Omaha Tower
2120 South 72nd Street
Omaha, NE 68124-2342
(402) 392-1500

AUDIOVOX SPECIALIZED APPLICATIONS,
LLC, Defendant

_____
Thomas J. Culhane - #10859
ERICKSON | SEDERSTROM, P.C.
Regency Westpointe, Suite 100
10330 Regency Parkway Drive
Omaha, NE 68114-3761
Telephone: (402) 397-2200
Facsimile: (402) 390-7137
tculh@eslaw.com

and

Michael A. Nicodema
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-2100